IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-01970-KLM

CARA FUNK

                               Plaintiff

v.

CSIP INC

                               Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, CARA FUNK Plaintiff and CSIP INC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:     December 13, 2022     FOR CARA FUNK, Plaintiff

                                                   BY:     **_/S/ R. Bruce Tharpe_**
                                                   R. Bruce Tharpe
                                                   PO Box 101
                                                   Olmito, Texas 78575
                                                   (956) 255-5111 - Office
                                                   (866) 599-2596 - Fax

Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098

DATED: December 13, 2022    FOR CSIP INC, Defendant

BY: __*/s/ Joseph R. Kummer*__
Joseph R. Kummer
Jachimiak Peterson Kummer, LLC
860 Tabor Street, Suite 200
Lakewood, CO 80401
(303) 863-7700 – Office
(303) 845-9114 - Fax